IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN VOSSLER, as an individual;<br><br>        Plaintiff,<br><br>  vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and DOES, 1-10;<br><br>        Defendants. | 8:25CV525<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on August 28, 2025, (Filing No. 39, Filing No. 40), a letter was sent to Attorney Gary R. Carlin and Attorney William B. Welden from the Office of the Clerk directing them to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of September 30, 2025, Attorney Gary R. Carlin has begun the process for full-time admission but has not paid the fee. Attorney William B. Welden has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED that on or before October 17, 2025, both attorneys must register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 30th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge